UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AARON LIEBELT, | ) | Case No.: C 10-00097 PVT |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE ADMINISTRATIVELY CLOSED AS AN ERRONEOUS DUPLICATE FILING** |
| v. | ) ) | |
| QUALITY LOAN SERVICE CORPORATION, et al, | ) ) | |
| Defendants. | ) ) | |

On February 3, 2010, Defendants (other than Quality Loan Service Corporation, who has not appeared) filed a document purporting to "withdraw" their notice of removal, noting that before filing the notice of removal they had already removed the case through different counsel.[1] Based on said document, the file herein, and the file in case no. 5:09-cv-05867 JW,

IT IS HEREBY ORDERED that, no later than February 16, 2010, any party who objects to this duplicate case number being administratively closed shall file a declaration showing cause, if any, why this case number should not be so closed.

Dated: *2/5/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*