UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AARON LIEBELT, </br></br>    Plaintiff, </br></br>    v. </br></br> QUALITY LOAN SERVICE CORPORATION, et al, </br></br>    Defendants. | Case No.: C 10-00097 PVT </br></br> **ORDER THAT DUPLICATE CASE NUMBER BE ADMINISTRATIVELY CLOSED** |

On February 3, 2010, Defendants (other than Quality Loan Service Corporation, who has not appeared) filed a document purporting to "withdraw" their notice of removal, noting that before filing the notice of removal they had already removed the case through different counsel.[1]  Based on said document, the file herein, and the file in Case No. 5:09-cv-05867 JW, on February 8, 2010, this court issued an Order to Show Cause Why Case Should Not Be Administratively Closed as an Erroneous Duplicate Filing, setting a response deadline of February 16, 2010.  No response has been filed.  Therefore,

IT IS HEREBY ORDERED that this duplicate case number being administratively closed.  Nothing herein shall effect in any way the proceedings in Case No. 5:09-cv-05867 JW.

Dated: *April 7, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*